IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-00197-BO-BM

PAUL MARTIN PULETZ )
)
*Plaintiff* )
v. )
UNITED STATES OF AMERICA, )
)
*Defendant* )

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTY

Pursuant to Fed. R. Civ. P. 25, Plaintiff's motion for substitution of party is hereby GRANTED and the Court ORDERS as follows: "Jane H. Puletz, Administrator for the Estate of Paul Martin Puletz" be substituted in place of "Paul Martin Puletz" and Decedent's claims survive, and the action on his behalf may proceed. The caption of this case shall be amended to reflect such substitution.

SO ORDERED. This 22 day of March, 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE